IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

EDLENCO SHANDAR BILLUPS,   *

        Plaintiff,   *

v.   Case No.   7:22-cv-38(TQL)

        *

COMMISSIONER OF SOCIAL SECURITY,

        *

        Defendant.

        *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 11, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 12th day of April, 2023.

.

                                    David W. Bunt, Clerk

                                    s/ Robin L. Walsh, Deputy Clerk